

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-20-00157-CV

**IN THE INTEREST OF I.G.F.,** a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02151
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed on March 20, 2020. On March 23, 2020, the court reporter filed a notification of late record stating that she had been preparing to work from home indefinitely due to the COVID-19 pandemic and requesting an extension of time to file the record until March 26, 2020. We GRANT the requested extension and ORDER that the reporter's record must be filed by March 26, 2020. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court